IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00209-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALLEN TODD MAY,
    a/k/a ALAN MAY,

    Defendant.

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

1. When an oil company is unable to locate a person or company to whom oil and gas royalties are owed, those royalties accrue in a suspense account. After a certain number of years, which varies depending on the state, the oil company turns over to the state the unclaimed funds, any records about those unclaimed funds, and the responsibility of administering those funds. Many states have databases that make the search for unclaimed royalties accessible to the public and easy to use.

## COUNTS 1-10
## 18 U.S.C. § 1343

**The Scheme**

2. Beginning in at least mid 2016 and continuing until at least December 2018, in the State and District of Colorado and elsewhere, defendant ALLEN TODD MAY ("MAY"), a/k/a ALAN MAY, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by falsely and fraudulently claiming that he and entities controlled by him were entitled to oil and gas royalties that had not yet been claimed by the true owners (hereinafter referred to as "the Scheme"). It was part of the Scheme that:

   a. From at least mid 2016 though late 2018, MAY identified a number of business entities that were owed unclaimed oil and gas royalties;

   b. From at least mid 2016 though late 2018, MAY caused to be filed with Secretaries of State corporate documents for the formation of business entities, under his control, in the names of businesses that were owed unclaimed oil and gas royalties;

   c. Because MAY was incarcerated from 2010 through his escape from custody on December 21, 2018, MAY provided the home address of his friend L.M. as the business address for these newly created business entities;

   d. From at least mid 2016 though late 2018, MAY also caused to be filed with Secretaries of State "assumed name" corporate documents relating to those entities as well as certificates of merger between those entities and

2

      other entities to make it appear as though the entities that were owed royalties were the same as, or merged with, other entities that MAY controlled;

  e. From at least mid 2016 though late 2018, MAY filed, and caused to be filed, claims for unclaimed oil and gas royalties that falsely and fraudulently represented that MAY was making those claims on behalf of the business entities that were legally entitled to the royalties and that there were no other owners entitled to those royalties;

  f. From at least mid 2016 through at least November 2018, MAY directed L.M. to open bank accounts in the names of the business entities that were owed unclaimed royalties and with the names of such entities listed as "dbas" for other entities and accounts controlled by MAY;

  g. From at least mid 2016 through December 2018, in response to MAY's fraudulent claims for royalties, royalty checks were sent to L.M.'s home address, and MAY gave L.M. directions about how, when, and where to deposit those checks so that MAY would be able to spend the fraudulently obtained funds; and

  h. From at least mid 2016 through December 2018, MAY obtained more than $700,000 as a result of his Scheme.

3. In furtherance of the Scheme, MAY sent, and caused to be sent, interstate wires in the form of emails, telephone calls, and inputting information into websites.

**Execution of the Scheme**

4. For purposes of executing the Scheme described in paragraphs 1 through 3 above, on or about the dates listed below, defendant MAY transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures and sounds set forth below.

| Count | Date | Description of Wire |
|---|---|---|
| 1 | 5/23/18 | From Colorado, MAY accessed the website for the Kansas Treasurer Unclaimed Property, which was then located outside of Colorado, to initiate claims for unclaimed royalties owed to Energy E. & P. Inc.[1] |
| 2 | 5/27/18 | From Colorado, MAY accessed the website for the Kansas Treasurer Unclaimed Property, which was then located outside of Colorado, to initiate claims for unclaimed royalties owed to Petroleum R. |
| 3 | 6/7/18 | From Colorado, MAY accessed Swift Filings' website, which was then located outside of Colorado, and input information for the purpose of creating and filing with the Texas Secretary of State a corporate records relating to Energy R. of N.D. |
| 4 | 7/22/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed the deposit of checks payable to Energy R., Energy E. & P., and Energy R. of N.D. |
| 5 | 7/26/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed the deposit of two checks for Energy E. & P. |
| 6 | 7/28/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed deposits, including two checks for Petroleum R. |
| 7 | 8/6/18 | From Colorado, MAY sent an email to a company located outside of Colorado in which MAY stated: "I am Allen May…. I acquired the leases from [W.R.] ….  Have I been placed in pay status yet? Thanks, Allen May" |
| 8 | 8/20/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed Energy R. of N.D. and various deposits. |
| 9 | 10/21/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they |

---

[1] For privacy reasons, the full names of the victim companies have not been used.

4

|    |         |                                                                                                                                                                                                                                                                  |
|----|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |         | discussed L.M. overnighting a check from the State of Louisiana to a bank.                                                                                                                                                                                       |
| 10 | 11/2/18 | From Colorado, MAY sent an email to L.M., who was then located outside of Colorado, to which MAY attached corporate documents for Energy R. of N.D. and in which MAY provided instructions so that L.M. could deposit a $241,999.30 check. |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 11-17

## 18 U.S.C. § 1341

**The Scheme**

5. Beginning in at least mid 2016 and continuing until at least December 2018, in the State and District of Colorado and elsewhere, defendant ALLEN TODD MAY ("MAY"), a/k/a ALAN MAY, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by falsely and fraudulently claiming that he and entities controlled by him were entitled to oil and gas royalties that had not yet been claimed by the true owners (hereinafter referred to as "the Scheme"). It was part of the Scheme that:

   a. Paragraphs 2a-2h of this Indictment are incorporated fully herein by this reference.

6. In furtherance of the Scheme, MAY mailed, and caused to be mailed, claims and other documentation related to unclaimed oil and gas royalties.

**Execution of the Scheme**

7. For purposes of executing the Scheme described in paragraphs 5 through 6 above, on or about the dates listed below, while located in Colorado, defendant MAY, placed and caused to be placed in any post office and authorized

5

depository for mail matter the matter described below to be sent and delivered by the Postal Service, and caused to be deposited the matter described below to be sent and delivered by any private or commercial interstate carrier:

| Count | Date | Description of Mail Matter |
|---|---|---|
| 11 | 6/19/18 | A claim submitted to the Kansas Treasurer Unclaimed Property that was signed by Allen May purportedly on behalf of Petroleum R. |
| 12 | 6/21/18 | A claim and related documentation submitted to the Louisiana Department of Treasury Unclaimed Property Division that was signed by Allen May purportedly on behalf of Energy R. |
| 13 | 9/19/18 | Claim No. 101775 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |
| 14 | 9/24/18 | Additional documentation relating to a claim submitted to the Louisiana Department of Treasury Unclaimed Property Division that was signed by Allen May purportedly on behalf of Energy R. |
| 15 | 10/4/18 | Claim No. 101777 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |
| 16 | 10/5/18 | Claim No. 102725 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |
| 17 | 10/16/18 | Claim No. 101779 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |

## COUNT 18
## 18 U.S.C. § 751(a)

8. On or about December 21, 2018, in the State and District of Colorado, defendant ALLEN TODD MAY ("MAY"), a/k/a ALAN MAY, knowingly escaped from custody

in the Federal Correctional Institution, Englewood, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of Mail Fraud, in violation of Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Section 751(a).

## **FORFEITURE ALLEGATION**

9. The allegations contained in Counts One through Seventeen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

10. Upon conviction of the violations alleged in Counts One through Seventeen of this Indictment involving the commission of violations of Title 18, United States Code, sections 1343 and 1341, defendant ALLEN TODD MAY, a/k/a ALAN MAY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to:

    a. A money judgment in the amount of proceeds obtained by the schemes and by the defendant.

11. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
UNITED STATES ATTORNEY
s/  *Pegeen D. Rhyne*_____
By: Pegeen D. Rhyne
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
pegeen.rhyne@usdoj.gov