| | |
|---|---|
| DEFENDANT: | Allen Todd May, a/k/a Alan May |
| YOB: | 1964 |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER: |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ Yes    __X__ No

| | |
|---|---|
| OFFENSE(S): | COUNTS 1-10: 18 U.S.C. § 1343: Wire Fraud |
| | COUNTS 11-17: 18 U.S.C. § 1341: Mail Fraud |
| | COUNT 18: 18 U.S.C. § 751(a): Escape |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | COUNTS 1-10: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment. |
| | COUNTS 11-17: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment. |
| | COUNT 18: NMT 5 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment. |
| AGENT: | Travis Wall, Special Agent FBI |
| | Sike Bennett, United States Marshal Service |
| AUTHORIZED BY: | Pegeen D. Rhyne |
| | Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes    __X__ No