IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00209-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ALLEN TODD MAY,
      a/k/a Alan May,

        Defendant.

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The UNITED STATES OF AMERICA respectfully moves this Court for an Order to Unseal the Indictment in this case. Because defendant May has been a fugitive since his escape from FCI-Englewood on December 21, 2018, there is no benefit in keeping this indictment sealed. Additionally, the government would like to unseal the indictment in order to pursue additional investigative tactics to locate defendant May.

                                      COLE FINEGAN
                                      United States Attorney

                                      By: *Pegeen D. Rhyne*
                                      PEGEEN D. RHYNE
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      1801 California Street, Suite 1600
                                      Denver, Colorado 80202
                                      Phone: (303) 454-0100
                                      Fax: (303) 454-0402
                                      Pegeen.Rhyne@usdoj.gov
                                      Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of June, 2022, I electronically filed the foregoing GOVERNMENT'S MOTION TO UNSEAL INDICTMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                                                    s/ *Amy McDaniel*
                                                                    Amy McDaniel
                                                                    Legal Assistant
                                                                    U.S. Attorney's Office