**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Criminal Action No. 1:22-cr-00209-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN TODD MAY,

    Defendant.

**ORDER GRANTING GOVERNMENT'S
MOTION TO UNSEAL INDICTMENT**

Before me is the Government's Motion to Unseal Indictment (Doc. 4). The Motion to Unseal Indictment (Doc. 4) is GRANTED. The Clerk of Court is directed to unseal the indictment. SO ORDERED

DATED: June 24, 2022        BY THE COURT:

                                          Daniel D. Domenico
                                          United States District Judge