CLOSED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:23−mj−08386−RMM−1

| | |
|---|---|
| Case title: USA v. May | Date Filed: 08/02/2023 |
| Other court case number: 22−cr−00209−DDD District of Colorado | Date Terminated: 08/02/2023 |

Assigned to: Magistrate Judge Ryon M. McCabe

**Defendant (1)**

| | | |
|---|---|---|
| **Allen Todd May**<br>*TERMINATED: 08/02/2023*<br>*also known as*<br>Alan May<br>*TERMINATED: 08/02/2023* | represented by | **Noticing FPD−WPB**<br>(561) 833−6288<br>Email: wpb_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal of Indictment from District of Colorado for Violation of 18:1343, 18:1341, and 18:751(a) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Shannon Kelley Shaw**<br>DOJ−USAO |

United States Attorney's Office
500 S. Australian Ave
Ste 400
West Palm Beach, FL 33401
561−209−1036
Email: shannon.shaw@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2023 | 5 | WARRANT OF REMOVAL ISSUED to District of District of Colorado as to Allen Todd May. Closing Case for Defendant. Signed by Magistrate Judge Ryon M. McCabe on 8/2/2023. *See attached document for full details.* (spe) (Entered: 08/02/2023) |
| 08/02/2023 | 4 | WAIVER of Rule 5 & 5.1 Removal/Identity Hearings by Allen Todd May. (spe) (Entered: 08/02/2023) |
| 08/02/2023 | 3 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Allen Todd May held on 8/2/2023. Date of Arrest or Surrender: 8/2/2023. Defendant present and sworn. Defendant advised of charges, maximum penalties, and rights. Defendant questioned regarding appointment of counsel and found to be partially indigent; Court reserved the right to require Defendant to contribute to the cost of his defense. FPD appointed. The Court questioned the defendant. The defendant waived removal, form executed and the Court found the waiver knowing and voluntary. Defendant requested a detention hearing in the District of Colorado. Warrant of Removal signed. Total time in court: 21 minutes. Attorney Appearance(s): Alexandra Chase (AUSA); Kristy Militello (AFPD). Attorney added: Noticing FPD−WPB for Allen Todd May (Digital 10:23:11) Signed by Magistrate Judge Ryon M. McCabe on 8/2/2023. (spe) (Entered: 08/02/2023) |
| 08/02/2023 | 2 | NOTICE OF HEARING as to Allen Todd May − Initial Appearance − Rule 5(c)(3)/40 set for 8/2/2023 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. (spe) (Entered: 08/02/2023) |
| 08/02/2023 | 1 | Magistrate Judge Removal of Indictment from District of Colorado. Case number in the other District 22−cr−209−DDD as to Allen Todd May (1). (spe) (Entered: 08/02/2023) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 23-mj-8386-RMM

United States of America
    Plaintiff,
v.

Allen Todd May,
    Defendant.

Charging District's Case No. 22-cr-00209-DDD

**WARRANT OF REMOVAL**

REG#: 14675-111

A(n)  ☐ Complaint
      ☑ Indictment
      ☐ Information
      ☐ Probation Violation Warrant
      ☐ Bench Warrant

having been filed in the District of Colorado, charging the above-named defendant with 18:1343, 18:1341, and 18:751(a), and the defendant having

☐ surrendered     ☐ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

☐ waived further hearing     ☐ been given a hearing in accordance with **Fed.R.Crim.P.5(c).**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this _2_ day of August, 2023.

DAR NO:_____

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

c:    AUSA
       Defense
       Pretrial Services
       U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: _23-mj-8386-RMM

United States of America
    Plaintiff,
v.

Charging District's Case No. 22-cr-00209-DDD

Allen Todd May,
    Defendant.

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **District of Colorado.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/2/23

Defendant's Signature

Ryon M. McCabe
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-WPB (wpb_ecf@fd.org), Shannon Kelley Shaw
(caseview.ecf@usdoj.gov, olivia.vinson@usdoj.gov, shannon.shaw@usdoj.gov,
usafls-brdkt@usdoj.gov, usafls-hqdkt@usdoj.gov), Magistrate Judge Ryon M. McCabe
(mccabe@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:23572405@flsd.uscourts.gov
Subject:Activity in Case 9:23-mj-08386-RMM USA v. May Initial Appearance - Rule
5(c)(3)/Rule 40
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 8/2/2023 at 12:29 PM EDT and filed on 8/2/2023

| | |
|---|---|
| **Case Name:** | USA v. May |
| **Case Number:** | 9:23–mj–08386–RMM |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Allen Todd May held on 8/2/2023. Date of Arrest or Surrender: 8/2/2023. Defendant present and sworn. Defendant advised of charges, maximum penalties, and rights. Defendant questioned regarding appointment of counsel and found to be partially indigent; Court reserved the right to require Defendant to contribute to the cost of his defense. FPD appointed. The Court questioned the defendant. The defendant waived removal, form executed and the Court found the waiver knowing and voluntary. Defendant requested a detention hearing in the District of Colorado. Warrant of Removal signed. Total time in court: 21 minutes. Attorney Appearance(s): Alexandra Chase (AUSA); Kristy Militello (AFPD). Attorney added: Noticing FPD–WPB for Allen Todd May (Digital 10:23:11) Signed by Magistrate Judge Ryon M. McCabe on 8/2/2023. (spe)**


**9:23–mj–08386–RMM–1 Notice has been electronically mailed to:**

Noticing FPD–WPB &nbsp &nbsp wpb_ecf@fd.org

Shannon Kelley Shaw &nbsp &nbsp shannon.shaw@usdoj.gov, CaseView.ECF@usdoj.gov, olivia.vinson@usdoj.gov, USAFLS–BRDKT@usdoj.gov, USAFLS–HQDKT@usdoj.gov

**9:23–mj–08386–RMM–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Shannon Kelley Shaw (caseview.ecf@usdoj.gov, olivia.vinson@usdoj.gov,
shannon.shaw@usdoj.gov, usafls-brdkt@usdoj.gov, usafls-hqdkt@usdoj.gov), Magistrate Judge
Ryon M. McCabe (mccabe@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (Court Desk)
(flsp_cd@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:23571156@flsd.uscourts.gov
Subject:Activity in Case 9:23-mj-08386-RMM USA v. May Notice of Hearing
```
Content−Type: text/html

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 8/2/2023 at 8:17 AM EDT and filed on 8/2/2023

| | |
|---|---|
| **Case Name:** | USA v. May |
| **Case Number:** | 9:23−mj−08386−RMM |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**NOTICE OF HEARING as to Allen Todd May – Initial Appearance – Rule 5(c)(3)/40 set for 8/2/2023 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. (spe)**

**9:23−mj−08386−RMM−1 Notice has been electronically mailed to:**

Shannon Kelley Shaw &nbsp &nbsp shannon.shaw@usdoj.gov, CaseView.ECF@usdoj.gov, olivia.vinson@usdoj.gov, USAFLS−BRDKT@usdoj.gov, USAFLS−HQDKT@usdoj.gov

**9:23−mj−08386−RMM−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00209-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WPB Case No. 23-mj-8386-RMM

1.  ALLEN TODD MAY,
    a/k/a ALAN MAY,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges that:

### GENERAL ALLEGATIONS

1. When an oil company is unable to locate a person or company to whom oil and gas royalties are owed, those royalties accrue in a suspense account. After a certain number of years, which varies depending on the state, the oil company turns over to the state the unclaimed funds, any records about those unclaimed funds, and the responsibility of administering those funds. Many states have databases that make the search for unclaimed royalties accessible to the public and easy to use.

## COUNTS 1-10
## 18 U.S.C. § 1343

**The Scheme**

2. Beginning in at least mid 2016 and continuing until at least December 2018, in the State and District of Colorado and elsewhere, defendant ALLEN TODD MAY ("MAY"), a/k/a ALAN MAY, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by falsely and fraudulently claiming that he and entities controlled by him were entitled to oil and gas royalties that had not yet been claimed by the true owners (hereinafter referred to as "the Scheme"). It was part of the Scheme that:

   a. From at least mid 2016 though late 2018, MAY identified a number of business entities that were owed unclaimed oil and gas royalties;

   b. From at least mid 2016 though late 2018, MAY caused to be filed with Secretaries of State corporate documents for the formation of business entities, under his control, in the names of businesses that were owed unclaimed oil and gas royalties;

   c. Because MAY was incarcerated from 2010 through his escape from custody on December 21, 2018, MAY provided the home address of his friend L.M. as the business address for these newly created business entities;

   d. From at least mid 2016 though late 2018, MAY also caused to be filed with Secretaries of State "assumed name" corporate documents relating to those entities as well as certificates of merger between those entities and

2

3

other entities to make it appear as though the entities that were owed royalties were the same as, or merged with, other entities that MAY controlled;

e. From at least mid 2016 though late 2018, MAY filed, and caused to be filed, claims for unclaimed oil and gas royalties that falsely and fraudulently represented that MAY was making those claims on behalf of the business entities that were legally entitled to the royalties and that there were no other owners entitled to those royalties;

f. From at least mid 2016 through at least November 2018, MAY directed L.M. to open bank accounts in the names of the business entities that were owed unclaimed royalties and with the names of such entities listed as "dbas" for other entities and accounts controlled by MAY;

g. From at least mid 2016 through December 2018, in response to MAY's fraudulent claims for royalties, royalty checks were sent to L.M.'s home address, and MAY gave L.M. directions about how, when, and where to deposit those checks so that MAY would be able to spend the fraudulently obtained funds; and

h. From at least mid 2016 through December 2018, MAY obtained more than $700,000 as a result of his Scheme.

3. In furtherance of the Scheme, MAY sent, and caused to be sent, interstate wires in the form of emails, telephone calls, and inputting information into websites.

**Execution of the Scheme**

4. For purposes of executing the Scheme described in paragraphs 1 through 3 above, on or about the dates listed below, defendant MAY transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures and sounds set forth below.

| Count | Date | Description of Wire |
|---|---|---|
| 1 | 5/23/18 | From Colorado, MAY accessed the website for the Kansas Treasurer Unclaimed Property, which was then located outside of Colorado, to initiate claims for unclaimed royalties owed to Energy E. & P. Inc.[1] |
| 2 | 5/27/18 | From Colorado, MAY accessed the website for the Kansas Treasurer Unclaimed Property, which was then located outside of Colorado, to initiate claims for unclaimed royalties owed to Petroleum R. |
| 3 | 6/7/18 | From Colorado, MAY accessed Swift Filings' website, which was then located outside of Colorado, and input information for the purpose of creating and filing with the Texas Secretary of State a corporate records relating to Energy R. of N.D. |
| 4 | 7/22/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed the deposit of checks payable to Energy R., Energy E. & P., and Energy R. of N.D. |
| 5 | 7/26/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed the deposit of two checks for Energy E. & P. |
| 6 | 7/28/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed deposits, including two checks for Petroleum R. |
| 7 | 8/6/18 | From Colorado, MAY sent an email to a company located outside of Colorado in which MAY stated: "I am Allen May…. I acquired the leases from [W.R.] …. Have I been placed in pay status yet? Thanks, Allen May" |
| 8 | 8/20/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they discussed Energy R. of N.D. and various deposits. |
| 9 | 10/21/18 | From Colorado, MAY participated in a phone call with L.M., who was then located outside of Colorado, in which they |

---

[1] For privacy reasons, the full names of the victim companies have not been used.

4

|    |         |                                                                                                                                                                                                                                                                               |
|----|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |         | discussed L.M. overnighting a check from the State of Louisiana to a bank.                                                                                                                                                                                                     |
| 10 | 11/2/18 | From Colorado, MAY sent an email to L.M., who was then located outside of Colorado, to which MAY attached corporate documents for Energy R. of N.D. and in which MAY provided instructions so that L.M. could deposit a $241,999.30 check. |

All in violation of Title 18, United States Code, Section 1343.

### COUNTS 11-17

### 18 U.S.C. § 1341

**The Scheme**

5. Beginning in at least mid 2016 and continuing until at least December 2018, in the State and District of Colorado and elsewhere, defendant ALLEN TODD MAY ("MAY"), a/k/a ALAN MAY, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by falsely and fraudulently claiming that he and entities controlled by him were entitled to oil and gas royalties that had not yet been claimed by the true owners (hereinafter referred to as "the Scheme"). It was part of the Scheme that:

    a. Paragraphs 2a-2h of this Indictment are incorporated fully herein by this reference.

6. In furtherance of the Scheme, MAY mailed, and caused to be mailed, claims and other documentation related to unclaimed oil and gas royalties.

**Execution of the Scheme**

7. For purposes of executing the Scheme described in paragraphs 5 through 6 above, on or about the dates listed below, while located in Colorado, defendant MAY, placed and caused to be placed in any post office and authorized

5

depository for mail matter the matter described below to be sent and delivered by the Postal Service, and caused to be deposited the matter described below to be sent and delivered by any private or commercial interstate carrier:

| Count | Date | Description of Mail Matter |
|---|---|---|
| 11 | 6/19/18 | A claim submitted to the Kansas Treasurer Unclaimed Property that was signed by Allen May purportedly on behalf of Petroleum R. |
| 12 | 6/21/18 | A claim and related documentation submitted to the Louisiana Department of Treasury Unclaimed Property Division that was signed by Allen May purportedly on behalf of Energy R. |
| 13 | 9/19/18 | Claim No. 101775 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |
| 14 | 9/24/18 | Additional documentation relating to a claim submitted to the Louisiana Department of Treasury Unclaimed Property Division that was signed by Allen May purportedly on behalf of Energy R. |
| 15 | 10/4/18 | Claim No. 101777 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |
| 16 | 10/5/18 | Claim No. 102725 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |
| 17 | 10/16/18 | Claim No. 101779 submitted to the North Dakota Department of Trust Lands that was signed by Allen May purportedly on behalf of Energy R. of N.D. |

### COUNT 18
### 18 U.S.C. § 751(a)

8. On or about December 21, 2018, in the State and District of Colorado, defendant ALLEN TODD MAY ("MAY"), a/k/a ALAN MAY, knowingly escaped from custody

6

in the Federal Correctional Institution, Englewood, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of Mail Fraud, in violation of Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Section 751(a).

## **FORFEITURE ALLEGATION**

9. The allegations contained in Counts One through Seventeen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

10. Upon conviction of the violations alleged in Counts One through Seventeen of this Indictment involving the commission of violations of Title 18, United States Code, sections 1343 and 1341, defendant ALLEN TODD MAY, a/k/a ALAN MAY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to:

    a. A money judgment in the amount of proceeds obtained by the schemes and by the defendant.

7

11. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
UNITED STATES ATTORNEY
s/__<u>*Pegeen D. Rhyne*</u>_____
By: Pegeen D. Rhyne
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
pegeen.rhyne@usdoj.gov

8

| | |
|---|---|
| DEFENDANT: | Allen Todd May, a/k/a Alan May |
| YOB: | 1964 |
| COMPLAINT FILED? | _____ Yes     __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER: |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     _____ Yes     __X__ No

| | |
|---|---|
| OFFENSE(S): | COUNTS 1-10: 18 U.S.C. § 1343: Wire Fraud<br>COUNTS 11-17: 18 U.S.C. § 1341: Mail Fraud<br>COUNT 18: 18 U.S.C. § 751(a): Escape |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | COUNTS 1-10: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.<br><br>COUNTS 11-17: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.<br><br>COUNT 18:  NMT 5 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment. |
| AGENT: | Travis Wall, Special Agent FBI<br>Sike Bennett, United States Marshal Service |
| AUTHORIZED BY: | Pegeen D. Rhyne<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:     ___ Yes     __X__ No

15

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ALLEN TODD MAY,<br>a/k/a ALAN MAY,<br><br>*Defendant* | )<br>)<br>) Case No. 22-cr-00209-DDD<br>)<br>) **WPB Case No. 23-mj-8386-RMM**<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALLEN TODD MAY, a/k/a ALAN MAY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1-10: 18 U.S.C. § 1343: Wire Fraud
COUNTS 11-17: 18 U.S.C. § 1341: Mail Fraud
COUNT 18: 18 U.S.C. § 751(a): Escape

Date: 06/22/2022                                        s/A. Thomas, Deputy Clerk
                                                        *Issuing officer's signature*

City and state: Denver, Colorado                        Jeffrey P. Colwell, Clerk of Court
                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                      _____
                                                        *Arresting officer's signature*

                                                        _____
                                                        *Printed name and title*

16