IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  22-cr-00209-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALLEN TODD MAY,

        Defendant.

---

## NOTICE OF APPEARANCE
---

        The Office of the Federal Public Defender, through Assistant Federal Public Defender Kristin Whitaker, enters its appearance on behalf of the Defendant, Allen Todd May.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        */s/ Kristin Whitaker*
        KRISTIN WHITAKER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Email: Kristin_Whitaker@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I certify that on September 29, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Martha Paluch, Assistant U.S. Attorney
  Email:  Martha.paluch@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

  Allen Todd May (*held on file*)

            */s/ Kristin Whitaker*
            KRISTIN WHITAKER
            Assistant Federal Public Defender