IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN TODD MAY,<br><br>Defendant. | Criminal Case No. 22-cr-00209-DDD |

**UNOPPOSED MOTION TO DISCLOSE GRAND JURY MATERIAL**

The United States of America respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the government to disclose Grand Jury testimony and exhibits to counsel for the defendant, as part of discovery in this case, on the terms and conditions outlined below.

As grounds for this motion, the Government states as follows:

1. Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

2. The defendant has requested, and the government does not oppose, production of transcripts of Grand Jury testimony and exhibits presented to the Grand Jury to the defendant. The material generated in the Grand Jury process is pertinent to the present case and should be disclosed to the defense, as it would be helpful and necessary for the defense to review for effective preparation of the case.

3. Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4. The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. The government wishes to provide this discovery but can only do so with the Court's approval.

5. Because these proceedings (and the related transcripts and exhibits) remain secret, *see* Fed. R. Crim. P. 6(e), the government moves that disclosure only be allowed for purposes of defending this case; that such disclosure only be made to the defendant and counsel for the defendant; that the transcript be maintained in counsel's custody; that such material shall not be reproduced or disseminated; and that such material be returned to the United States at the end of this case.

Therefore, the government respectfully requests that the Court authorize the disclosure of Grand Jury testimony and exhibits to counsel for the defendant on the terms and conditions outlined above.

Dated this 25th day of October, 2023.

> COLE FINEGAN
> United States Attorney
>
> s/ *Martha A. Paluch*
> Martha A. Paluch
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> E-mail: martha.paluch@usdoj.gov
> Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 25th, 2023, I electronically filed this motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

s/ *Stephanie Price*
Stephanie Price
Supervisory Legal Assistant
United States Attorney's Office