IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Case No. 22-cr-00209-DDD |
| ALLEN TODD MAY, | |
| Defendant. | |

**ORDER TO DISCLOSE GRAND JURY MATERIALS**

THIS MATTER comes before the Court on the Government's Unopposed Motion to Disclose Grand Jury Materials, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the Motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and is it therefore:

ORDERED that the Government's Motion is granted, and that grand jury materials may be disclosed to the defendant and their counsel in the course of discovery in this case.

It is further ORDERED that such materials shall only be used by the defense in this case; that such materials shall be disclosed only to the defendant and counsel for the defendant; that counsel for the defendant shall maintain custody of such materials and shall not reproduce or

//

//

//

1

disseminate the same; and that such materials shall be returned to the United States or destroyed at the end of the case.

Dated this 3rd day of November, 2023.

BY THE COURT:

_____
HON. DANIEL D. DOMENICO
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO