# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00209-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    ALLEN TODD MAY,
     a/k/a ALAN MAY,

     Defendant.

---

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

---

     The United States of America respectfully moves to restrict CM/ECF Document 70, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.

//

//

//

//

//

//

//

The United States requests a "Level 1" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 1" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible "to the parties and the court."

Dated: February 6, 2025

Respectfully submitted,

J. BISHOP GREWELL
Acting United States Attorney

_____*s/Martha A. Paluch*_____
By: s/ Martha A. Paluch
    Martha A. Paluch
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail:   martha.paluch@usdoj.gov
    Attorney for the United States

## **TYPE-VOLUME LIMITATION CERTIFICATION**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

By: s/Martha A. Paluch_____
Martha A. Paluch
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing **UNITED STATES' MOTION TO RESTRICT DOCUMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By:    _s/Stephanie Price_
       Stephanie Price
       Legal Assistant